In the Matter of ERNEST CURRY, Appellant, v NASSAU COUNTY SHERIFF'S DEPARTMENT et al., Respondents.

Submitted March 1, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.